UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  SA:16-CR-00877(1)-FB |
| | § | |
| (1) David Eric Garcia | § | |

### ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING THE DEFENDANT

On the 5th day of December, 2019 came on to be considered the government's motion to revoke the defendant's supervised release *[doc. #41]*.  After due consideration, including consideration of all statutorily-required factors and the revocation policy statements, the Court finds the defendant has violated the conditions of supervised release as alleged by the government, and that the ends of justice and the best interests of the public will not be served by continuing the defendant on supervised release.  Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

**IT IS ORDERED** that:

The government's motion to revoke the defendant's supervised release *[doc. #41]* is **GRANTED**, and the terms of supervised release originally imposed on **October 20, 2017** are hereby **REVOKED** and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons for a period of  *fifteen (15) months.* **This revocation sentence shall run consecutive with any sentence imposed by the State Court.**

**IT IS FURTHER ORDERED** that the defendant is to be placed on three (3) years of supervised release following his term of imprisonment.

Signed this **17th day of December, 2019.**

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE